# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Stonebridge Associates, Inc. | Civil No. 06-5007 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Quantum Leap Restaurants, Inc., a foreign corporation, Thomas G. Larson, individual, | |
| Defendants. | |

Based on the parties' Stipulation of Dismissal With Prejudice (Doc. No. 26), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party waiving its right to appeal, and without costs, disbursement or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 19, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge